IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 6 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy



| | |
|---|---|
| CHARLES WINTON LAND, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:10-CV-981-B |
| | § |
| GINA STONE, et al., | § |
| | § |
| Defendants, | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, (1) Defendant Greenway, Rhodes, Rodriguez, and Stone's *Motion to Dismiss* (Doc. 41) is GRANTED; (2) Defendant DPS's *Motion to Dismiss* (Doc. 42) is GRANTED; (3) Defendant THP's *Motion to Dismiss* (Doc. 46) is GRANTED; (4) Plaintiff's *Motion for Hearing and to Amend Complaint* (Doc. 54) is DENIED. This the case is DISMISSED WITH PREJUDICE.

SO ORDERED this ___6___ day of ___Jan.___, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE